ENTERED ON DOCKET
6/7/05  PURSUANT
TO FRCP RULES 58 & 79a

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



| | |
|---|---|
| LUIS OQUENDO-FIGUEROA | |
| Plaintiff(s) | CIVIL CASE   04-2104 (JAF) |
| vs. | CIVIL CASE   04-2144 (JAF) |
| UNITED STATES OF AMERICA | CRIM. CASE   00-48 (JAF) |
| Defendant(s) | |

JUDGMENT

Pursuant to this Court's Order (docket #13) Judgment is entered dismissing the case.

In San Juan, Puerto Rico, this 7th day of June, 2005.

Frances Rios de Moran, Esq.

Clerk of Court

*s/Franchesca Torres*

Franchesca Torres
Deputy Clerk